CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail:  cmay@tharpe-howell.com
E-Mail:  abreuer@tharpe-howell.com

Attorneys for Defendant,
DOLLAR TREE STORES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PATRICIA QUINTERO,<br><br>                    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br>DOES 1 to 25,<br><br>                    Defendants. | Case No.: 2:23-cv-01059-JFW-JDE<br>[*Los Angeles Superior Court Case No.:*<br>*22STCV05769*]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  February 15, 2022 |

///
///
///
///
///
///
///
///
///
///
///
///

- 1 -
**JOINT NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 16-15.7(a), the Parties hereby notify the Court that the parties have reached a settlement agreement in this litigation.  The settlement is confidential.  The Parties request that the Court take the matter off of its active calendar pending the filing of a Stipulation of Dismissal.

Respectfully submitted,

Dated:  May 25, 2023                                         THARPE & HOWELL, LLP


                                                             */s/ Andrea Breuer*
                                              By: _____
                                                             CHARLES D. MAY
                                                             ANDREA BREUER
                                                             Attorneys for Defendant,
                                                             DOLLAR TREE STORES, INC.


Dated:  May 25, 2023                                         CHRISLIP & HERVATIN, LLP


                                                             */s/ Ronald W. Chrislip*
                                              By: _____
                                                             RONALD W. CHRISLIP
                                                             Attorneys for Plaintiff,
                                                             PATRICIA QUINTERO


***Pursuant to Local Rule 5-4.3.4(a)(2)(i), Andrea Breuer, the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.***

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403-3221**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.  At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2.  My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3.  I served copies of the following documents (specify the exact title of each document served):

**JOINT NOTICE OF SETTLEMENT**

4.  I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Ronald W. Chrislip, Esq. <br> CHRISLIP & HERVATIN, LLP <br> 1505 North Broadway <br> Santa Ana, CA  92706 <br> Tel: 714-547-0197 <br> Fax: 714-547-6374 <br> Email: chrisliphervatin@yahoo.com | Attorneys for Plaintiff, PATRICIA QUINTERO |

5.  a.  __X__    **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6.  I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/25/2023
DATE

Amy Eivazian
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

I:\32000-000\32755\Pleadings\FEDERAL\Jt. Notice of Settlement.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221